# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 24, 2025

By email

Honorable P. Kevin Castel
United States District Judge
Southern District of New York

**Re: *United States v. Daniel Holmes*, 25 Cr. 111 (PKC)**

Dear Judge Castel:

I write to respectfully request that the Court permit Daniel Holmes to attend his sister's birthday party at a bar in Brooklyn this Saturday, April 26, from 6:00 p.m. to 12:00 a.m. Pretrial Services notes that "[p]er [its] home detention policy we object to social requests, but note [Mr. Holmes's] recent compliance since being placed on GPS." The Government defers to Pretrial Services.

As background, Mr. Holmes is charged with conspiracy and substantive mail theft offenses and has a next scheduled court date of June 12. His bond conditions include, as relevant, home detention with electronic monitoring. As noted by Pretrial, Mr. Holmes has been compliant with his bond conditions since being placed on electronic monitoring in January of this year. Mr. Holmes and his sister—who is one of his bond cosigners—are very close and so Mr. Holmes looks forward to the opportunity to celebrate her birthday with her.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Francesca Piperato, Pretrial Services
     Getzel Berger, Esq.

---

*Handwritten annotation:* Application GRANTED subject to reasonable restriction or requirements of Pretrial Services. Mr. Marvinny should send a copy of this order to the Pretrial Services Officer. SO ORDERED. /s/ [Castel] USDJ 4-24-25