# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

June 18, 2025

**Application DENIED.**

**SO ORDERED.**
Dated: 6/18/25

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

By ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York

**Re:** *United States v. Daniel Holmes*, 25 Cr. 111 (PKC)

Dear Judge Castel:

I write to respectfully request that the Court permit Daniel Holmes to attend his four-year-old sister's graduation from the 3-K program[1] at P.S. 157 in the Bronx this Friday, June 20, 2025, from 10:00 a.m. to 2:00 p.m. Pretrial Services "object[s] to social requests under home detention." The Government defers to Pretrial Services. As the Court knows, Mr. Holmes is charged with conspiracy and substantive mail-theft offenses and has a next scheduled court date of July 17. His bond conditions include, as relevant, home detention with electronic monitoring. Thank you for your attention to this request.[2]

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Francesca Piperato, Pretrial Services
     Getzel Berger, Esq.

---

[1] "3-K" is full-day education for children commencing the year they turn three.

[2] Counsel regrets and apologizes for the timing of this request, understanding that tomorrow is a federal holiday.