```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:25-cr-00111-PKC-1
     -against-                       :   ORDER
                                     :
Daniel Holmes                        :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

P. Kevin Castel, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of mental health evaluation and treatment as directed by Pretrial Services.

    Dated: New York, New York
           June  24 , 2025

SO ORDERED:

_____
P. Kevin Castel
United States District Judge