# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2025

Application Granted.
SO ORDERED.
Dated:  11/26/2025

*P. Kevin Castel*

P. Kevin Castel
United States District Judge

By ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York

Re:  *United States v. Daniel Holmes*, 25 Cr. 111 (PKC)

Dear Judge Castel:

[I write to respectfully request that the Court permit Daniel Holmes to visit his aunt's home in the Bronx on Thanksgiving, from 6:00 p.m. to 12:00 a.m., to enjoy the holiday meal with his family.] OK Pretrial Services objects "per policy" and the Government takes no position and defers to Pretrial.

As the Court knows, Mr. Holmes has pled guilty to mail theft and will be sentenced by the Court on December 2, 2025. He is currently at liberty on a set of bail conditions including, as relevant, home detention enforced by electronic monitoring. If the Court grants this request Mr. Holmes will provide all details regarding his travel to Pretrial.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Francesca Piperato, Pretrial Services
      Getzel Berger, Esq.